UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

EUGENE DUNCAN,

                        Plaintiff,

-against-

FABRICS WORLD USA, INC.,

                        Defendants.

---------------------------------------------------------X

*Civil Action No.*

**1:21-cv-4819-ENV-TAM**

## NOTICE OF SETTLEMENT

     PLEASE TAKE NOTICE that Plaintiff, Eugene Duncan and Defendant Fabrics World USA, Inc hereby notify this Honorable Court that settlement has been reached in the above-referenced case among all parties. The Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a 30-day order be issued.

     Dated: April 7, 2022

                                                        By:_____
                                                        Bradly G. Marks
                                                        The Marks Law Firm, PC
                                                       155 E 55th Street, Suite 6A
                                                       New York, NY 10022
                                                       T:(646) 770-3775