UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------x
EUGENE DUNCAN and on behalf of all
other persons similarly situated,

                     Plaintiffs,

       -against-

FABRICS WORLD USA, INC.,

                     Defendant.
------------------------------------------------------x

No. 1:21-cv-04819-ENV-TAM

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its or their own legal fees and costs.

Dated: June 10, 2022

THE MARKS LAW FIRM, P.C.

By: _____
Bradly G. Marks
155 East 55th St, Suite 6A
New York, New York 10022
(646) 770-3775
*Attorneys for Plaintiffs*

STEIN & NIEPORENT LLP

By: _____
David Stein
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444
*Attorneys for Defendant*

**Application Granted
SO ORDERED
Brooklyn, New York
Dated: 6/15/2022**

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

- 11 -

*The Clerk is directed to close this case.*